Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★   ★   ★   ★   ★   ★

# MEMORANDUM OPINION

No. 04-09-00290-CR

Angel **VILLESCA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-3494
Honorable Pat Priest, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:   July 29, 2009

DISMISSED

The trial court's certification in this appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). On June 3, 2009, we ordered that this appeal would be dismissed pursuant to Rule 25.2(d) unless appellant

filed an amended trial court certification showing that he had the right of appeal by July 6, 2009. *See* Tex. R. App. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.).  No such amended trial court certification has been filed.  Therefore, Rule 25.2(d) requires this court to dismiss this appeal.  Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH